

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00862-CV

KNIFE RIVER CORPORATION-SOUTH, Appellant

V.

ESMERALDA HINOJOSA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ANDRES HINOJOSA, DECEASED, AND AS NEXT FRIEND ON BEHALF OF MELISSA HINOJOSA, VANESSA HINOJOSA, ANDREA HINOJOSA, AND ANDRES HINOJOSA, JR, Appellee

Appeal from the 335th District Court of Washington County.   (Tr. Ct. No. 34659).

**TO THE 335TH DISTRICT COURT OF WASHINGTON COUNTY, GREETINGS:**

Before this Court, on the 13th day of March 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on July 27, 2012.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.   Accordingly, the Court **reverses** the trial court's judgment and **renders** judgment that ESMERALDA HINOJOSA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ANDRES HINOJOSA, DECEASED AND AS NEXT FRIEND ON BEHALF OF MELISSA HINOJOSA, VANESSA HINOJOSA, ANDREA HINOJOSA AND ANDRES HINOJOSA JR take nothing by her claims against KNIFE

RIVER CORPORATION-SOUTH.

It is further ORDERED that appellant, KNIFE RIVER CORPORATION-SOUTH, and its surety, Liberty Mutual Insurance Company, are discharged from their liability on the supersedeas bond filed in the court below on August 28, 2012.

The Court orders that each party pay its own costs of appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 13, 2014.

Panel consists of Justices Keyes, Higley, and Massengale. Opinion delivered by Justice Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 28, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

